**EXHIBIT 1 TO COMPLAINT**



**NORTH CAROLINA BOARD OF EXAMINERS
FOR ENGINEERS AND SURVEYORS**
4601 Six Forks Rd   Suite 310
Raleigh, North Carolina 27609

**Andrew G. Zoutewelle, PLS**
Chair
**Stacey A. Smith, PE**
Vice-Chair
**John M. Logsdon, PLS**
Secretary

**Richard M. Benton, PLS**
**Carl M. Ellington, Jr., PE**
**Dennis K. Hoyle, PE, PLS**
**Carol W. Salloum, Public**
**Bobbie Shields, PE**
**Linda A. Thurman, Public**

**Andrew L. Ritter**
Executive Director

June 13, 2019

Mr. Michael Jones
360 Virtual Drone Services, LLC
4971 Wayne Memorial Drive
Goldsboro, NC 27534

RE: Case No. V2019-003
    360 Virtual Drone Services, LLC

Dear Mr. Jones:

You were previously notified that the North Carolina Board of Examiners for Engineers and Surveyors had initiated an investigation concerning charges that 360 Virtual Drone Services, LLC is practicing or offering to practice surveying without a license as required by G.S. 89C. You were given the full opportunity to respond on behalf of the company and you responded via email and acknowledged that you were aware that 360 Virtual Drone Services, LLC is neither licensed nor allowed to offer surveying or engineering.

After a thorough consideration of the investigative materials, the Board's Review Committee has determined that there is sufficient evidence to support the charge that 360 Virtual Drone Services, LLC is practicing, or offering to practice, surveying in North Carolina, as defined in G.S. 89C-3(6) without being licensed with this Board.

At its regular meeting on June 12, 2019 the Board concurred with the recommendation of the Review Committee, which was to place 360 Virtual Drone Services, LLC on notice that practicing, or offering to practice, land surveying in North Carolina, as defined in G.S. 89C-3(7) without being licensed with this Board and to place the company on notice that practicing, or offering to practice land surveying in North Carolina without being licensed with the Board, is a violation of G. S. 89C-24, 55B and 57D.

If the company fails to come into compliance, further action may be pursued by the Board as authorized in G. S. 89C-10(c) and 89C-23 to apply to the court for an injunction or pursue criminal prosecution. The activities include, but are not limited to: mapping, surveying and photogrammetry; stating accuracy; providing location and dimension data; and producing

| Telephone | FAX | EMAIL Address | WEB Site |
|---|---|---|---|
| (919) 791-2000 | (919) 679-3606 | ncbels@ncbels.org | www.ncbels.org |

Case 5:21-cv-00137-FL   Document 1-1   Filed 03/22/21   Page 2 of 3

orthomosaic maps, quantities, and topographic information. In addition, marketing disclaimer is not appropriate as the services still fall within the practice of land surveying.

You are hereby notified that the opinion expressed herein is not a final legal determination. An occupational licensing board does not have the authority to order discontinuance of current practices. Only a court may determine that the law has been violated or is being violated and, if appropriate, impose a remedy or penalty for the violation. Further, pursuant to G.S. 150B-4, and per Board Rule 21 NCAC 56.1205, you may have the right, prior to initiation of any court action by the occupational licensing board, to request a declaratory ruling regarding whether your particular conduct is lawful. You are further notified that any right to a declaratory ruling supplements any other legal rights that you may already have to establish the legality of your conduct with respect to the engineering services that are offered or provided.

We are available to answer questions and assist you in complying with the statutes. You may contact David S. Tuttle, Board Counsel, at dstuttle@ncbels.org or (919) 791-2000, extension 111.

For the Board,

Andrew L. Ritter
Executive Director

DST/ch

CERTIFIED MAIL – RETURN RECEIPT REQUESTED