IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-cv-0137-FL

| | |
|---|---|
| 360 VIRTUAL DRONE SERVICES LLC and MICHAEL JONES, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | )<br>) |
| ANDREW L. RITTER, in his official capacity as Executive Director of the North Carolina Board of Examiners for Engineers and Surveyors; and JOHN M. LOGSDON, JONATHAN S. CARE, DENNIS K. HOYLE, RICHARD M. BENTON, CARL M. ELLINGTON, JR, CEDRIC D. FAIRBANKS, BRENDA L. MOORE, CAROL SALLOUM, and ANDREW G. ZOUTWELLE, in their official capacities as members of the North Carolina Board of Examiners for Engineers and Surveyors, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **ORDER MODIFYING CASE MANAGEMENT ORDER** |
| Defendants. | )<br>) |

Based upon the Joint Motion to Modify Case Management Order, it is hereby ORDERED that the Case Management Order shall be modified as follows:

1. Disclosure of retained experts and reports from said experts shall be due from Defendants by December 1, 2021; and

2. Disclosure of rebuttal experts shall be due by January 7, 2022.

SO ORDERED, this the 3rd day of November, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge