IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:21-cv-0137-FL

| | |
|---|---|
| 360 VIRTUAL DRONE SERVICES LLC et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | )<br>) |
| ANDREW L. RITTER, in his official capacity as Executive Director of the North Carolina Board of Examiners for Engineers and Surveyors, et al., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER MODIFYING CASE MANAGEMENT ORDER

Based upon the Second Joint Motion to Modify Case Management Order, it is hereby ORDERED that the Case Management Order shall be modified as follows:

1. The deadline for supplementation of disclosures under Federal Rule of Civil Procedure 26(e) shall be extended to January 24, 2022.

2. All discovery shall be commenced or served in time to be completed by March 7, 2022.

SO ORDERED, this the 28 day of December, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge