IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-cv-0137-FL

| | |
|---|---|
| 360 VIRTUAL DRONE SERVICES LLC and MICHAEL JONES, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| ANDREW L. RITTER, in his official capacity as Executive Director of the North Carolina Board of Examiners for Engineers and Surveyors; and JOHN M. LOGSDON, JONATHAN S. CARE, DENNIS K. HOYLE, RICHARD M. BENTON, CARL M. ELLINGTON, JR, CEDRIC D. FAIRBANKS, BRENDA L. MOORE, CAROL SALLOUM, and ANDREW G. ZOUTWELLE, in their official capacities as members of the North Carolina Board of Examiners for Engineers and Surveyors, | )<br>)<br>)<br>) **DEFENDANTS' MOTION FOR**<br>) **SUMMARY JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

NOW COME Defendants, by and through counsel and pursuant to Rules 56 and 12(b)(1) of the Federal Rules of Civil Procedure, and hereby move the Court for summary judgment dismissing the Complaint filed by Plaintiffs with prejudice because there is no genuine issue of material fact and Defendants are entitled to judgment as a matter of law. In support thereof, Defendants are filing an accompanying memorandum contemporaneously herewith.

1

Respectfully submitted this the 25th day of March, 2022.

                FITZGERALD HANNA & SULLIVAN, PLLC

                /s/ Douglas W. Hanna
                Douglas W. Hanna, NCSB #18225
                3737 Glenwood Avenue, Suite 375
                Raleigh, NC 27612
                Telephone: (919) 863-9091
                Facsimile: (919) 424-6409
                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing DEFENDANTS' MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David G. Guidry, Mainsail Lawyers, dguidry@mainsaillawyers.com

Samuel B. Gedge, Institute for Justice, sgedge@ij.org

James T. Knight II, Institute for Justice, jknight@ij.org

This the 25th day of March, 2022.

                                            /s/ Douglas W. Hanna
                                            Douglas W. Hanna, NCSB #18225