IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-cv-0137-FL

| | |
|---|---|
| 360 VIRTUAL DRONE SERVICES LLC and MICHAEL JONES, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| ANDREW L. RITTER, in his official capacity as Executive Director of the North Carolina Board of Examiners for Engineers and Surveyors; and JOHN M. LOGSDON, JONATHAN S. CARE, DENNIS K. HOYLE, RICHARD M. BENTON, CARL M. ELLINGTON, JR, CEDRIC D. FAIRBANKS, BRENDA L. MOORE, CAROL SALLOUM, and ANDREW G. ZOUTWELLE, in their official capacities as members of the North Carolina Board of Examiners for Engineers and Surveyors, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) **DEFENDANTS' APPENDIX TO LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS** |
| Defendants. | ) |

Defendants, through counsel and pursuant to Local Rule 56.1, respectfully submits the following Appendix to their Statement of Material Facts:

Exhibit 1    Andrew Ritter Affidavit

Exhibit 2    Rule 30(b)(6) Deposition Transcript of Plaintiff 360 Virtual Drone Services, LLC

Exhibit 3    Deposition Transcript of Plaintiff Michael Jones

Exhibit 4    Plaintiff's Response to Request for Admissions

Exhibit 5    Rule 30(b)(6) Deposition Transcript of the North Carolina Board of Examiners and Surveyors

1

Exhibit 6   Defendants' Disclosure of Expert Testimony

Exhibit 7   Deposition Transcript of Alex Abate


Respectfully submitted this the 25th day of March, 2022.

                            FITZGERALD HANNA & SULLIVAN, PLLC

                            /s/ Douglas W. Hanna
                            Douglas W. Hanna, NCSB #18225
                            3737 Glenwood Avenue, Suite 375
                            Raleigh, NC 27612
                            Telephone: (919) 863-9091
                            Facsimile: (919) 424-6409
                            *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **DEFENDANTS' APPENDIX TO LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David G. Guidry, Mainsail Lawyers, dguidry@mainsaillawyers.com

Samuel B. Gedge, Institute for Justice, sgedge@ij.org

James T. Knight II, Institute for Justice, jknight@ij.org

This the 25th day of March, 2022.

       /s/ Douglas W. Hanna
       Douglas W. Hanna, NCSB #18225