# Plaintiffs' Summary-Judgment Appendix Exhibit 5

Jones Map With Scale Bar

(Jones Decl. Ex. 2)

(Schall Dep. Ex. 35)



Exhibit
PI 0035

STEVE KEEN
ADAIR LLC

11/1/19 | January 11, 2019

NCBELS 000988