# Plaintiffs' Summary-Judgment Appendix Exhibit 27

Jones Map with No Scale Bar

(Schall Dep. Ex. 34)



HARBOR FREIGHT

(4.4)

**Exhibit Pl 0034**

NCBELS 000987