IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-cv-0137-FL

| | |
|---|---|
| 360 VIRTUAL DRONE SERVICES LLC and MICHAEL JONES,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW L. RITTER, in his official capacity as Executive Director of the North Carolina Board of Examiners for Engineers and Surveyors; and JOHN M. LOGSDON, JONATHAN S. CARE, DENNIS K. HOYLE, RICHARD M. BENTON, CARL M. ELLINGTON, JR, CEDRIC D. FAIRBANKS, BRENDA L. MOORE, CAROL SALLOUM, and ANDREW G. ZOUTWELLE, in their official capacities as members of the North Carolina Board of Examiners for Engineers and Surveyors,<br><br>Defendants. | **PLAINTIFF 360 VIRTUAL DRONE SERVICES LLC'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS** |

## RESPONSES TO REQUESTS FOR ADMISSION

1. Admit that you had no communication with the North Carolina Board of Examiners for Engineers and Surveyors following the receipt of the June 13, 2019 letter identified as Exhibit 1 to the Complaint.

**RESPONSE: Admitted that 360 Virtual Drone Services LLC had no communication with the North Carolina Board of Examiners for Engineers and Surveyors after the July 16, 2019 e-mail exchange concerning receipt of the Board's June 13, 2019 notice.**

2. Admit that you did not seek a declaratory ruling from the North Carolina Board of Examiners for Engineers and Surveyors for any of the services identified in paragraph 77 of the Complaint.

**RESPONSE: Admitted.**

3. Admit that you were advertising services for surveying and mapping.

**RESPONSE: Admitted that 360 Virtual Drone Services advertised services for mapping. Admitted that 360 Virtual Drone Services LLC advertised services that the North Carolina Board of Examiners for Engineers and Surveyors considers surveying.**

4. Admit that you were advertising services for orthomosaic maps.

**RESPONSE: Admitted.**

5. Admit that you were advertising services for orthorectified maps.

**RESPONSE: Denied that 360 Virtual Drone Services LLC used the phrase "orthorectified maps" in advertising. Admitted that 360 Virtual Drone Services LLC advertised orthomosaic maps and that in communications with the Board, Plaintiff Michael Jones referred to orthomosaic maps as "orthorectified" maps.**

6. Admit that you provided clients with a statement that maps do have a relative accuracy of 1 to 3 inches.

**RESPONSE: Admitted.**

7. Admit that you advertised the ability to provide measurable maps.

**RESPONSE: Admitted.**

8. Admit that no client, or potential client, asked you to produce aerial images with location data.

**RESPONSE: Denied.**

9. Admit that no client, or potential client, asked you to produce aerial images with coordinates.

**RESPONSE: Admitted that no client or potential client specifically asked 360 Virtual Drone Services LLC to produce aerial images with "coordinates." Services provided by 360 Virtual Drone Services LLC, however, included providing images with location data.**

10. Admit that no client, or potential client, asked you to produce aerial images with elevation data.

**RESPONSE: Admitted that no client or potential client specifically asked 360 Virtual Drone Services LLC to produce aerial images with "elevation data." Services**

provided by 360 Virtual Drone Services LLC, however, included providing images that included locational data from which elevations could be determined.

11. Admit that no client, or potential client, asked you to produce aerial images with volume data.

**RESPONSE: Admitted that no client or potential client specifically asked 360 Virtual Drone Services LLC to produce aerial images with "volume data." Services provided by 360 Virtual Drone Services LLC, however, included providing images that included locational data from which volume data could be calculated.**

Dated: October 19, 2021.

*[signature]*
Samuel B. Gedge (VA Bar No. 80387)*
James T. Knight II (DC Bar No. 1671382)*
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
E-mail: sgedge@ij.org
         jknight@ij.org
* *Special Appearance pursuant to Local Rule 83.1(e)*

*[signature]*
David G. Guidry
MAINSAIL LAWYERS
338 South Sharon Amity Rd., #337
Charlotte, NC 28211
Phone: (917) 376-6098
Fax: (888) 501-9309
E-mail: dguidry@mainsaillawyers.com
State Bar No.: 38675
*Local Civil Rule 83.1(d) Counsel for Plaintiffs*

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2021, a true and correct copy of the foregoing **PLAINTIFF 360 VIRTUAL DRONE SERVICES LLC'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS** was served via e-mail and U.S. Mail, postage prepaid, on the following counsel:

Douglas W. Hanna (NC Bar No. 18225)
M. Todd Sullivan (NC Bar No. 24554)
GRAEBE HANNA & SULLIVAN, PLLC
4350 Lassiter at North Hills Ave., Suite 375
Raleigh, NC 27609
Telephone: (919) 863-9091
Facsimile: (919) 424-6409
Email: dhanna@ghslawfirm.com
tsullivan@ghslawfirm.com

*Attorneys for Defendants*

Samuel B. Gedge (VA Bar No. 80387)*
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
E-mail: sgedge@ij.org

*\* Special Appearance pursuant to Local Rule 83.1(e)*