UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| 360 VIRTUAL DRONE SERVICES, LLC ) <br> and MICHAEL JONES ) <br>          Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ANDREW L. RITTER, in his official ) <br> capacity as member of the North Carolina ) <br> Board of Examiners for Engineers and ) <br> Surveyors, JOHN M. LOGSDON, ) <br> in his official capacity as member of the ) <br> North Carolina Board of Examiners for ) <br> Engineers and Surveyors, DENNIS K. ) <br> HOYLE, in his official capacity as member ) <br> of the North Carolina Board of Examiners ) <br> for Engineers and Surveyors, RICHARD M. ) <br> BENTON, in his official capacity as member) <br> of the North Carolina Board of Examiners ) <br> for Engineers and Surveyors, CARL M. ) <br> ELLINGTON, JR., in his official capacity ) <br> as member of the North Carolina Board of ) <br> Examiners for Engineers and Surveyors, ) <br> CEDRIC D. FAIRBANKS, in his official ) <br> capacity as member of the North Carolina ) <br> Board of Examiners for Engineers and ) <br> Surveyors, BRENDA L. MOORE, ) <br> in her official capacity as member of the ) <br> North Carolina Board of Examiners for ) <br> Engineers and Surveyors, CAROL ) <br> SALLOUM, in her official capacity as ) <br> member of the North Carolina Board of ) <br> Examiners for Engineers and Surveyors and ) <br> ANDREW G. ZOUTWELLE, in his ) <br> official capacity as member of the North ) <br> Carolina Board of Examiners for Engineers ) <br> and Surveyors ) <br>          Defendants ) | **JUDGMENT** <br> No. 5:21-CV-137-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for

consideration of the defendants' and plaintiffs' cross motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 31, 2023, and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on March 31, 2023, and Copies To:**
Samuel B. Gedge / James T. Knight / David Glen Guidry (via CM/ECF Notice of Electronic Filing)
Douglas W. Hanna (via CM/ECF Notice of Electronic Filing)

March 31, 2023					PETER A. MOORE, JR., CLERK

						  /s/ Sandra K. Collins
						(By) Sandra K. Collins, Deputy Clerk