IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| 360 VIRTUAL DRONE SERVICES LLC and MICHAEL JONES, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| ANDREW L. RITTER, in his official capacity as Executive Director of the North Carolina Board of Examiners for Engineers and Surveyors; and JOHN M. LOGSDON, JONATHAN S. CARE, DENNIS K. HOYLE, TOYNIA E.S. GIBBS, VINOD K. GOEL, CEDRIC D. FAIRBANKS, BRENDA L. MOORE, CAROL SALLOUM, and ANDREW G. ZOUTWELLE, in their official capacities as members of the North Carolina Board of Examiners for Engineers and Surveyors, | ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 5:21-cv-00137-FL |
| Defendants. | ) ) |

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs 360 Virtual Drone Services LLC and Michael Jones hereby appeal to the United States Court of Appeals for the Fourth Circuit from this Court's final judgment in this action entered on March 31, 2023 (ECF 51). Plaintiffs 360 Virtual Drone Services LLC and Michael Jones also appeal from this Court's order in this action (ECF 50, entered March 31, 2023) granting Defendants' motion for summary judgment and denying Plaintiffs' motion for summary judgment.[*]

---

[*] Toynia E.S. Gibbs and Vinod K. Goel are automatically substituted as parties in their official capacity for Defendants Richard M. Benton and Carl M. Ellington, Jr., respectively. *See* Fed. R. Civ. P. 25(d); *see also* Fed. R. App. P. 43(c)(2).

Dated: April 25, 2023.　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Samuel B. Gedge
　　　　　　　　　　　　　　　　　Samuel B. Gedge (VA Bar No. 80387)*
　　　　　　　　　　　　　　　　　James T. Knight II (DC Bar No. 1671382)*
　　　　　　　　　　　　　　　　　INSTITUTE FOR JUSTICE
　　　　　　　　　　　　　　　　　901 North Glebe Road, Suite 900
　　　　　　　　　　　　　　　　　Arlington, VA 22203
　　　　　　　　　　　　　　　　　Phone: (703) 682-9320
　　　　　　　　　　　　　　　　　Fax: (703) 682-9321
　　　　　　　　　　　　　　　　　E-mail: sgedge@ij.org
　　　　　　　　　　　　　　　　　　　　　　 jknight@ij.org
　　　　　　　　　　　　　　　　　*￼*Special Appearance pursuant to Local Rule 83.1(e)*

　　　　　　　　　　　　　　　　　/s/ David G. Guidry
　　　　　　　　　　　　　　　　　David G. Guidry
　　　　　　　　　　　　　　　　　MAINSAIL LAWYERS
　　　　　　　　　　　　　　　　　338 South Sharon Amity Rd., #337
　　　　　　　　　　　　　　　　　Charlotte, NC 28211
　　　　　　　　　　　　　　　　　Phone: (917) 376-6098
　　　　　　　　　　　　　　　　　Fax: (888) 501-9309
　　　　　　　　　　　　　　　　　E-mail: dguidry@mainsaillawyers.com
　　　　　　　　　　　　　　　　　State Bar No.: 38675
　　　　　　　　　　　　　　　　　*Local Civil Rule 83.1(d) Counsel for Plaintiffs*

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2023, a true and correct copy of the foregoing Plaintiffs' Notice of Appeal was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing and, pursuant to Local Civil Rule 5.1(e), shall constitute service upon, the following:

>Douglas W. Hanna (NC Bar No. 18225)
>FITZGERALD HANNA & SULLIVAN, PLLC
>3737 Glenwood Avenue, Suite 375
>Raleigh, NC 27612
>Telephone: (919) 863-9091
>Facsimile: (919) 863-9095
>E-mail: dhanna@fhslitigation.com
>
>*Attorney for Defendants*

/s/ Samuel B. Gedge
Samuel B. Gedge (VA Bar No. 80387)